## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| STEPHANIE SMITH, INDIVIDUALLY §<br>AND AS NEXT FRIEND FOR EAS, A §<br>MINOR, §<br> Plaintiff, §<br> §<br>VS. §<br> §<br>WAL-MART STORES, INC., §<br>WAL-MART STORES TEXAS, LLC, §<br>and WAL-MART STORES EAST, LP, §<br> Defendants. § | C.A. NO. 2:14 –cv-626 (JRG/RSP) |

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Stephanie Smith, as Next Friend for EAS, a Minor, and Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, and Wal-Mart Stores East, LP, in this action and jointly move to dismiss without prejudice the above-entitled and numbered cause of action, as to Plaintiff, Stephanie Smith, as Next Friend for EAS, a Minor's claim only, and would show the Court the following:

I.

The parties jointly move for a dismissal without prejudice of Plaintiff, Stephanie Smith, as Next Friend for EAS, a Minor's claims.  By separate motion, the parties' jointly moved for a dismissal with prejudice of Plaintiff, Stephanie Smith's individual claims.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Stephanie Smith, and Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, and Wal-Mart Stores East, LP, jointly move the Court to enter an Order dismissing said cause, without prejudice as to Plaintiff, Stephanie Smith, as Next Friend for EAS, a Minor's claim, against Defendants, Wal-Mart Stores,

Inc., Wal-Mart Stores Texas, LLC, and Wal-Mart Stores East, LP, to the right of Plaintiff to re-file same or any part thereof against Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, and Wal-Mart Stores East, LP, with each party to bear its own costs.

Respectfully submitted,

By: /s/ N. Eric Cooper
    N. ERIC COOPER
    State Bar No. 24036399
    The Cooper Law Firm
    P. O. Box 2222
    500 N. Second Street (75601)
    Longview, Texas 75606-2222
    Telephone: (903) 297-0037
    Facsimile: (903) 236-0035
    E-mail: eric@cooper-law-firm.com

    RALPH F. PELAIA, JR.
    State Bar No. 15731550
    Pelaia Law Center
    133 E. Tyler Street
    Longview, Texas 75601
    Telephone: (903) 230-5600
    Facsimile: (903) 230-5656
    E-mail: ralph@pelaialaw.com

**ATTORNEYS FOR PLAINTIFF
STEPHANIE SMITH, INDIVDIUALLY AND
AS NEXT FRIEND FOR EAS, A MINOR**

Respectfully submitted,

By: /s/ Edward L. Merritt
     EDWARD L. MERRITT
     State Bar No. 13967400
     JESSICA M. LARUE
     State Bar No. 24076019
     Harbour, Smith, Harris & Merritt
     P. O. Drawer 2072
     Longview, Texas 75606-2072
     Telephone: (903) 757-4001
     Facsimile: (903) 753-5123
     Email: emerritt@harbourlaw.com
     Email: jlarue@harbourlaw.com

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has this 9th day of September, 2014 been served upon all attorneys of record via electronic notification.

Mr. Edward L. Merritt
Ms. Jessica M. LaRue
Harbour, Smith, Harris & Merritt
P. O. Drawer 2072
Longview, Texas 75606

          /s/ N. Eric Cooper
          N. Eric Cooper