**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STEPHANIE SMITH, INDIVIDUALLY AND AS NEXT FRIEND FOR EAS, A MINOR, | § § § § | |
| | § | Case No. 2:14-CV-626-JRG-RSP |
| v. | § | |
| | | |
| WAL-MART STORES, INC. | | |

**ORDER**

ON THIS DAY, came on to be considered the parties' Joint Motion to Dismiss with Prejudice as to the individual claims of Plaintiff, Stephanie Smith and, after same having been presented to the Court, the Court is of the opinion that such Joint Motion to Dismiss with Prejudice as to the individual claims of Plaintiff, Stephanie Smith, should be GRANTED.

IT IS, therefore, ORDERED, ADJUDGED and DECREED that Plaintiffs individual claims as alleged in Plaintiffs Original Complaint on file herein be dismissed with prejudice, to the right of Plaintiff to re-file same or any part thereof against Defendants, with each party to bear its own costs.

The Clerk is ORDERED to close case 2:14-cv-626-JRG-RSP.

**Signed this date.**

**Sep 10, 2014**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE